UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS CHICAGO

IN RE: GRAVES STEPHEN L
     GRAVES JANE E                 ) CHAPTER  13
                                            )
                                            ) CASE NO. 09-05882
     Debtor(s).                             )

RESPONSE TO NOTICE OF FINAL CURE PAYMENT

Now comes Green Tree Servicing LLC, pursuant to Bankruptcy Rule 3002.1 (g) and for its Response to the Trustee's Notice of Final Cure Payment states as follows:

[X] The Creditor's Authorized Agent concurs that all prepetition arrears have been paid in full and the Debtor(s) are current in post petition payments. The next payment is due 11/01/2013 in the amount $1361.88 of which is comprised of $1364.22 principal and interest, $0.00 escrow charges, and $-2.34 other charges.

[ ] The Creditor's Authorized Agent concurs that all prepetition arrears have been paid in full, but the Debtor(s) are DELINQUENT in post petition payments. The payments are past due for in the amount of :

                                       Principal & Interest:
                                       _____
                                     Escrow Charges:
                                       _____
                                     Other Charges:

                                     Total Due:
                                     _____.

[ ] The Creditor's Authorized Agent denies that all pre petition arrears have been paid. According to the records of the Creditor, an arrears claim was filed in the amount of $_____ and the Trustee has paid a total of $_____. See ECF Claim No. _____. In addition, the Debtor(s) are DELINQUENT in post petition payments. The payments are past due for _____, 2011 in the amount of $_____:

                                     Principal & Interest:
                                     $_____
                                     Escrow Charges:
                                     $_____
                                     Other Charges:          $_____

                                     Total Due:
                                     $_____.

☐ The Creditor's Authorized Agent denies that all prepetition arrears have been paid. According to the records of the Creditor, an arrears claim was filed in the amount of $_____ and the Trustee has paid a total of $_____. See ECF Claim No. _____. The Debtor(s) are current in post petition payments. The next payment is due _____, 2011 in the amount of $_____ which is comprised of $_____ principle and interest, $_____ escrow charges, and $_____ other charges.

By :
/s/ Jamie Crawford
BK Rep
Green Tree Servicing LLC
PO BOX 6154
Rapid City, South Dakota 57709-6154

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS CHICAGO**

IN RE:  GRAVES STEPHEN L
        GRAVES JANE E                                           NO. 09-05882

## CERTIFICATE OF SERVICE

    I, Jamie Crawford, do hereby certify that I have served a true and correct copy of the **RESPONSE TO NOTICE OF FINAL CURE PAYMENT** filed by Green Tree Servicing LLC on 10/22/13 via ECF notification service Steve Graves, Jane Graves, 268 Commonwealth Drive, Bolingbrook, IL 60440; Timothy M Hughes, thughes@lavellelaw.com; Glenn B Stearns, mcguckin_m@lisle13.com.

    DATED:  This the 22nd day of October, 2013.


                                                               /s/  Jamie Crawford


Jamie Crawford
Bankruptcy Specialist
Green Tree Servicing, LLC
P.O. Box 6154
Rapid City, SD 57703